UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | Case No. 1:25 CV 1964 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE, subscriber assigned IP | ) | ORDER OF DISMISSAL |
| Address 107.137.185.197, | ) | |
| | ) | |
| Defendant. | ) | |

The Plaintiff has notified the Court of its intention to voluntarily dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (ECF #8). As Defendant has not yet served an answer or a motion for summary judgment, dismissal is permitted under this Rule. Therefore, this case is dismissed without prejudice. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: January 21, 2026